UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN THE MATTER OF THE SEARCH OF
INFORMATION PRODUCED BY APPLE,
INC., ON JANUARY 11, 2024

No. 2:24-mj-21-KFW

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT APPLICATION

I, Michael Gagnon, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Drug Enforcement Administration (DEA),
United States Department of Justice, with federal law enforcement jurisdiction, and
have been in this position since January 2012.  I joined the DEA Portland, Maine,
Resident Office in 2018.  I was assigned to the Los Angeles Division from 2012 until I
moved to Portland.  Prior to attaining sworn status as a Special Agent, I was employed
by DEA and received specialized training in narcotics trafficking investigations and
related legal matters at the DEA Training Academy in Quantico, Virginia.  Before joining
DEA, I was employed by the Newton Police Department in Newton, New Hampshire,
from June 2009 to January 2012.  During my employment with the Newton Police
Department, I was a certified Peace Officer in the State of New Hampshire.  I have
received law enforcement training through the Police Standards and Training Counsel.

2.      In the course of my employment with DEA, I have received approximately
17 weeks of training at the DEA Academy in Quantico, Virginia about techniques used by
major narcotics traffickers.  I have specialized training involving the use, possession,
packaging, manufacturing, sales, concealment, and transportation of various controlled
substances, money laundering techniques, and conspiracy investigations.

3.     During my employment with DEA, I have participated in narcotics investigations both as a case agent and in a supportive role.  I have participated in the arrests of multiple drug traffickers and in interviewing informants and suspects concerning the methods and means of drug traffickers.  I have also participated in countless static and mobile surveillance activities and assisted in the execution of multiple search warrants and arrest warrants.  I have conducted investigations regarding these unlawful activities, violations of Sections 841(a)(1), 843(b), 846, 952(a), and 963 of Title 21 of the United States Code, and Sections 2, 1952, 1956, and 1957 of Title 18 of the United States Code.  As a DEA agent, I primarily investigate large-scale narcotics traffickers and money laundering organizations.

4.     Based on my training and experience as a DEA Special Agent and police officer, I have become familiar with the criminal activities of individuals involved in drug trafficking organizations, including drug manufacture and distribution, money laundering, and unlawful use/possession of firearms.

5.     The facts in this affidavit come from observations and information obtained from other DEA agents, police officers, and witnesses.

6.     Based on my training, experience, participation in the investigation described below and in Exhibit A, and the facts set forth in this affidavit, I submit there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1) (distribution of controlled substances), 21 U.S.C. §§ 843(b) (unlawful use of a communication facility), and 18 U.S.C. § 1959 (violent crimes in aid of racketeering)  (the "TARGET OFFENSES") have been committed and that evidence, fruits, and/or instrumentalities of such are likely to be found in the location to be searched.

2

**PROBABLE CAUSE**

7.      I adopt and incorporate my affidavit filed on December 12, 2023 (and accompanying exhibits) in support of a search warrant for data stored by Apple, Inc., in three iCloud accounts ("the December 12 warrant").  My prior affidavit is attached as Exhibit A.

8.      On January 11, 2024, Apple, Inc., produced data responsive to the December 12 warrant.

9.      The December 12 warrant limits Apple Inc.'s production of text messages and emails to the date range April 1, 2023, to December 8, 2023.

10.      Upon review of the produced data, I observed electronic messages for Apple ID prpr212324@gmail.com dating back to July 2022.

11.      Based upon my review of data from Apple ID prpr212324@gmail.com, I observed numerous communications during the April 1, 2023, to December 8, 2023, time-period that I believe to be drug-related.  For example, I observed the following conversations shown below.

12.      I observed the following communications from November 4, 2023, between the Apple ID prpr212324@gmail.com ("the Target Account") and the user of telephone number 207-420-5076:

| Sending Account | Receiving Account | Content |
|---|---|---|
| Target Account | 207-420-5076 | But he need three 1.6 it's Batman in the Audi |
| 207-420-5076 | Target Account | So just 1.6 |
| Target Account | 207-420-5076 | 1.6 three different ones |
| 207-420-5076 | Target Account | Oh ok 3 of those |
| Target Account | 207-420-5076 | Yes |
| 207-420-5076 | Target Account | How much money he suppose to have |
| Target Account | 207-420-5076 | Nothing until tomorrow |
| 207-420-5076 | Target Account | Wtf lol |
| Target Account | 207-420-5076 | This my favorite zombie |
| Target Account | 207-420-5076 | He always going to come thru |

13.     Based on my training and experience, I believe these communications relate to a drug transaction.  Specifically, I believe the following:

a.  The user of the Target Account was directing the user of 5076 to complete a drug transaction on his behalf. I believe that the user of the Target Account was telling the user of 5076 that a customer referred to as "Batman" needed three bags of 1.6 grams of crack cocaine, and in addition would be driving an "Audi."

b.  The user of 5076 then attempted to confirm the amount of drugs needed with the user of the Target Account "so just 1.6."

c.  The user of the Target Account then corrects the user of 5076 that 3 bags of 1.6 grams each was needed.

4

    d.   The user of 5076 then confirms by saying "oh ok 3 of those." To which to user of the Target Account confirms by replying "yes."

    e.   The user of 5076 then asks the user of the Target Account how much money the customer is supposed to have.

f.   The user of the Target Account then tells the user of 5076 that the customer does not have to pay until tomorrow.

g.   The user of 5076 responds by asking "Wtf" which I believe to mean "what the fuck?"

h.   The user of the Target Account then tells the user of 5076 that the customer is his favorite zombie, a term I know to be in reference to a drug user.

    14.    I reviewed the following exchange from July 3, 2023, between the Target Account and the user of telephone number 207-710-4545:

| Sending Account | Receiving Account | Content |
|---|---|---|
| 207-710-4545 | Target Account | Hey we still good, I'm around the block |
| Target Account | 207-710-4545 | Yea we good how much you got |
| 207-710-4545 | Target Account | 2 hundo |
| Target Account | 207-710-4545 | Ok bet wya |

    15.    Based on my training and experience, I believe these communications relate to a drug transaction. Specifically, I believe the following:

a.   The user of 4545 was asking the user of the Target Account if they were still good to complete a drug transaction, and further informs him that he is nearby and "just around the block."

b. The user of the Target Account confirms that they are good and asks the user of 4545 how much money they have.

c. The user of 4545 then informs the user of the Target Account that they have $200 dollars.

d. The user of the Target Account then agrees to that amount (stating "ok bet") and asks the user of 4545, "wya," which I believe to mean, "where you at?"

16.    I reviewed the following exchange from April 18, 2023, between the Target Account and the user of telephone number 207-468-8033:

| Sending Account | Receiving Account | Content |
| --- | --- | --- |
| 207-468-8033 | Target Account | Yo how much will u give me for 800 |
| Target Account | 207-468-8033 | Up or down |
| 207-468-8033 | Target Account | Up |
| Target Account | 207-468-8033 | Four |

17.    Based on my training and experience, I believe these communications relate to a drug transaction.  Specifically, I believe the following:

a. The user of 8033 ask the user of the Target Account how much he will give him for $800 dollars.

b. The user of the Target Account then asks the user of 8033 if they want crack cocaine ("up") or fentanyl ("down").

c. The user of 8033 then tells the user of the Target Account that they want crack cocaine.

6

d.  The user of the Target Account then tells the user of 8033 that they can get four (presumably grams).

18.     Based upon the above messages and the content of Exhibit A, I believe there is probable cause that Apple ID prpr212324@gmail.com is used to facilitate drug trafficking.

19.     I therefore seek authority to expand the date range authorized for review of electronic messages sent or received by Apple ID prpr212324@gmail.com to cover July 1, 2022, to December 8, 2023.

20.     Because Apple, Inc., already produced this information to the Government, I seek authority to expand review of the existing production rather than requesting a new production from Apple, Inc.  The data is stored at the U.S. Drug Enforcement Administration office in South Portland, Maine.


_____
Michael Gagnon
Special Agent, DEA


Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date:  Jan 30 2024

City and state:  Portland, Maine

_____
Judge's signature

Karen Frink Wolf,  U.S. Magistrate Judge
Printed name and title

7